IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICRO FOCUS (US), INC. and MICRO FOCUS IP DEVELOPMENT LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> VANGUARD GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 2:18-CV-1862-PD |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Rule 41.1(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, Plaintiffs Micro Focus (US), Inc. and Micro Focus IP Development Limited ("Micro Focus") hereby request the voluntary dismissal, <u>with prejudice</u>, of the above-captioned action against Vanguard Group, Inc. ("Vanguard").  Vanguard has not yet seen served in this litigation.

Dated: September 5, 2018

**K&L GATES LLP**

<u>/s/ Steven L. Caponi</u>
Steven L. Capon*i (No. 91881)*
600 King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000 (telephone)
(302) 416-7020 (facsimile)
Email: steve.caponi@klgates.com

*Of counsel:*

STOKES LAWRENCE, P.S.
Theresa H. Wang
Bradford J. Axel
Elizabeth A. Findley
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 626-6000 (telephone)
(206) 464-1496 (facsimile)
Email:  Theresa.Wang@stokeslaw.com
          Bradford.Axel@stokeslaw.com
          Elizabeth.Findley@stokeslaw.com

*Counsel for Plaintiffs*